IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARY M. KOEGEL FERTEL-RUST,

                Plaintiff,

v.

CITY OF MILWAUKEE POLICE DEPT., et al.,

                Defendants.

ORDER

11-cv-211-wmc

---

MARY M. KOEGEL FERTEL-RUST,

                Plaintiff,

v.

MILWAUKEE COUNTY SHERIFF'S DEPARTMENT, et al.,

                Defendants.

ORDER

11-cv-431-wmc

---

MARY M. KOEGEL FERTEL-RUST,

                Plaintiff,

v.

THE VILLAGE INN MOTEL, et al.,

                Defendants.

ORDER

11-cv-448-wmc

---

MARY M KOEGEL FERTEL-RUST,

                Plaintiff,

v.

CITY OF MILWAUKEE POLICE DEPT., et al.,

                Defendants.

ORDER

11-cv-680-wmc

| | |
|---|---|
| MARY M KOEGEL FERTEL-RUST, | ORDER |
| Plaintiff, | |
| v. | 11-cv-759-wmc |
| THE UNIVERSITY OF WIS - MILWAUKEE POLICE DEPART., et al., | |
| Defendants. | |

| | |
|---|---|
| MARY M KOEGEL FERTEL-RUST, | ORDER |
| Plaintiff, | |
| v. | 11-cv-784-wmc |
| THE CITY OF MILWAUKEE POLICE DEPT., et al., | |
| Defendants. | |

| | |
|---|---|
| MARY M FERTEL-RUST, | ORDER |
| Plaintiff, | |
| v. | 12-cv-6-wmc |
| CITY OF MILWAUKEE POLICE DEPT., *et al.* | |
| Defendants. | |

In a January 18, 2013 order, the court stated that it has been unable to correspond with plaintiff Mary Fertel-Rust in each of the above-captioned cases and that it is Fertel-Rust's responsibility to provide the court with an address where she can be reached and to participate in her *pro se* lawsuits. Fertel-Rust was given 120 days to respond to the order or the cases would be formally dismissed. Because Fertel-Rust has not responded, IT IS ORDERED that each of these cases is DISMISSED under Fed. R. Civ. P. 41(b). *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) (a district court has the power to *sua*

*sponte* dismiss a claim for failure to prosecute).

Entered this 21th day of May, 2013.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge